# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEROME MELLION

NO. 2024 KW 0703

**OCTOBER 7, 2024**

---

In Re:    Jerome Mellion, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          05-13-0416.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.** The district court did not abuse its discretion
in denying the APCR.  Relator failed to establish that relief
should be granted. See La. Code Crim. P. art. 930.2.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT